R. Willis Orton (2484)
worton@kmclaw.com
Shawn T. Richards (11949)
srichards@kmclaw.com
Gregory S. Moesinger (10680)
gmoesinger@kmclaw.com
KIRTON & McCONKIE
60 East South Temple, Suite 1800
P.O. Box 45120
Salt Lake City, Utah 84145-0120
Telephone:  (801) 328-3600
Facsimile:  (801) 321-4893

Attorneys for Intellectual Reserve, Inc.,
the Corporation of the President of
The Church of Jesus Christ of Latter-day Saints; and
the Corporation of the Presiding Bishop of
The Church of Jesus Christ of Latter-day Saints.

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| ELEUTIAN TECHNOLOGY, LLC, a Wyoming limited liability company, | |
| Plaintiff, | **JOINT STATUS REPORT** |
| vs. | Case No. 2:08-mc-331-TC |
| GLOBAL EDUCATIONAL TECHNOLOGIES, LLC, a Georgia limited liability company, formerly known as CITO-LT, a Georgia limited liability company; STEVE BRANDAU; LARRY HOWICK; JANIS KOH; and John Does 1-5 | Judge Tena Campbell<br><br>Magistrate Judge Brooke C. Wells |
| Defendants, | |
| BRIGHAM YOUNG UNIVERSITY HAWAII, a Utah non-profit corporation, | |
| Intervenor. | |

4817-4646-4515.2

|                                                                                              |   |
|----------------------------------------------------------------------------------------------|---|
| GLOBAL EDUCATIONAL TECHNOLOGIES, LLC, a Georgia limited liability company,                    | : |
|                                                                                              | : |
| Counterclaimant,                                                                             | : |
|                                                                                              | : |
| vs.                                                                                          | : |
|                                                                                              | : |
| ELEUTIAN TECHNOLOGY, LLC, a Wyoming limited liability company,                               | : |
|                                                                                              | : |
| Counterclaim Defendant.                                                                      | : |

Intellectual Reserve Inc. ("IRI"), the Corporation of the President of The Church of Jesus Christ of Latter-day Saints ("COP"), the Corporation of the Presiding Bishop of The Church of Jesus Christ of Latter-day Saints ("CPB") and Eleutian Technology, LLC ("Eleutian") provide the following joint status report in response to this Court's April 15, 2009, Order.

### STATUS REPORT

The underlying litigation that was pending in the United States District Court for the District of Wyoming between the parties identified in the caption hereto was settled on or about February 3, 2009.  Accordingly, on February 3, 2009, Federal District Court Judge Allan B. Johnson orally dismissed all claims asserted by the parties with prejudice.  As a result of the settlement, COP's motion to quash subpoena and CPB's motion to quash subpoena, both pending in this Court, are moot.

The only remaining motion is IRI's motion for specific performance of the IRI/Eleutian production agreement.  In that motion, IRI seeks the return of documents, both in electronic and hard copy form that were identified as privileged in IRI's privilege log.  Brian J. Holiday,

4817-4646-4515.2

counsel for Eleutian, has confirmed that all disks containing those privileged documents have

been returned to IRI.  At this time, IRI is awaiting confirmation from Eleutian that it has returned

or destroyed all copies of those privileged documents, both in electronic and hard copy form, in

its possession, custody or control.  IRI's motion will be moot if Eleutian provides this

confirmation.

       DATED this 29th day of April, 2009.

KIRTON & McCONKIE


By  /s/ Shawn T. Richards
      R. Willis Orton
      Shawn T. Richards
      Gregory S. Moesinger
      Attorneys for IRI, COP and CPB


ELEUTIAN TECHNOLOGY, LLC


By  /s/ Brian J. Holiday
      Brian J. Holiday
      Attorney for Eleutian Technology,
      LLC
      (signed with approval of counsel)

4817-4646-4515.2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of April, 2009, I caused to be delivered a true and correct copy of the foregoing **JOINT STATUS REPORT** to be served on the following in the manner indicated below.

Drake D. Hill
Mistee L. Godwin
Orintha Karns
BROWN, DREW & MASSEY, LLP
159 North Wolcott, Suite 200
Casper, Wyoming 82001

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( ) E-Mail (EFC filing)

Brian J. Holiday
Eleutian Technology
215 2nd Street
Ten Sleep, Wyoming 82442

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
(X) E-Mail (EFC filing)

Henry F. Bailey, Jr.
Jared Scott Crecelius
221 East 21st Street
P.O. Box 1557
Cheyenne, Wyoming 82003-1557

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( ) E-Mail (EFC filing)

William W. Maycock
SMITH GAMBRELL & RUSSELL
Suite 3100 Promenade II
1230 Peachtree Street NE
Atlanta, Georgia 30309-3592

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( ) E-Mail (EFC filing)

Michael J. Sullivan
John A Masterson
ROTHGERBER JOHNSON & LYONS LLP
123 West First Street, Suite 200
Casper, Wyoming 82601-2480

(X) U.S. Mail, Postage Prepaid
( ) Hand Delivered
( ) Overnight Mail
( ) Facsimile
( ) E-Mail (EFC filing)

     /s/Wendy Maynard

4817-4646-4515.2